# STATE OF ILLINOIS

## CERTIFICATE OF TITLE OF A VEHICLE

Exhibit "D"

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 527SR5320PL030013 | 2023 | CIMC | COOL GLOBE R8000 | TRAILER | 22265690546 |

527SR5320PL030013

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 09/22/22 | | | | 08/10/22 NEW | ORIGINAL |

**MAILING ADDRESS**

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

**LEGEND(S)**
MILEAGE NOT REQUIRED

**OWNER(S) NAME AND ADDRESS**

GOLDCOAST FINANCIAL LLC
341 DARTMOOR AVE.
ROMEOVILLE IL 60446

**FIRST LIENHOLDER NAME AND ADDRESS**

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

**SECOND LIENHOLDER NAME AND ADDRESS**

### RELEASE OF LIEN

The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.

Secured Party: _____ Address: _____

▶ **Federal and State law** requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. **WARNING-ODOMETER DISCREPANCY.**

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

NO TENTHS

▶ ODOMETER READING

Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____ DATE OF SALE _____

I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s) _____ Printed Name _____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF
CONTROL NO.   THE STATE OF ILLINOIS AT SPRINGFIELD

U1585076

*Jesse White*

JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

---

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**

SEE INSTRUCTIONS ON REVERSE

| CIMC | 2023 | 527SR5320PL030013 | |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |

Name of Seller (Current Registered Owner) _____    Name of Buyer _____

Complete Address of Seller _____    Complete Address of Buyer _____

City _____ State ____ ZIP ____    City _____ State ____ ZIP ____

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

Seller's Signature _____    Printed Name of Seller _____    Date _____

STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 527SR5322PL030014 | 2023 | CIMC | COOL GLOBE R8000 | TRAILER | 22265690555 |

527SR5322PL030014

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 09/22/22 | | | | 08/10/22 NEW | ORIGINAL |

MAILING ADDRESS

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

LEGEND(S)
MILEAGE NOT REQUIRED

OWNER(S) NAME AND ADDRESS

GOLDCOAST FINANCIAL LLC
341 DARTMOOR AVE.
ROMEOVILLE IL  60446

FIRST LIENHOLDER NAME AND ADDRESS

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

_____     By_____     Date_____
Firm Name                              Signature of Authorized Agent
_____     By_____     Date_____
Firm Name                              Signature of Authorized Agent

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.
Secured Party:                                        Address:

▶ **Federal and State law** requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

| NO TENTHS |
|---|

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
   **WARNING-ODOMETER DISCREPANCY.**

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

▶ ODOMETER READING
Signature(s) of Seller(s)_____

Printed Name(s) of Seller(s)_____                    DATE OF SALE_____
I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s)_____     Printed Name_____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any. IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U1585077

_Jesse White_
JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

---

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**

SEE INSTRUCTIONS ON REVERSE

CIMC                          2023                          527SR5322PL030014
Vehicle Make _____          Vehicle Year _____          Vehicle Identification Number (VIN) _____          Date _____

Name of Seller (Current Registered Owner) _____          Name of Buyer _____

Complete Address of Seller _____          Complete Address of Buyer _____

City _____  State _____  ZIP _____          City _____  State _____  ZIP _____

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

Seller's Signature _____          Printed Name of Seller _____          Date _____

# STATE OF ILLINOIS

## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. 527SR5324PL030015 | YEAR 2023 | MAKE CIMC | MODEL COOL GLOBE R8000 | BODY STYLE TRAILER | TITLE NO. 22265690559 |
|---|---|---|---|---|---|

527SR5324PL030015

| DATE ISSUED 09/22/22 | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED 08/10/22 NEW | TYPE TITLE ORIGINAL |
|---|---|---|---|---|---|

LEGEND(S)
MILEAGE NOT REQUIRED

MAILING ADDRESS

EQUIFY FINANCIAL LLC
777 MAIN ST STE 3900
FORT WORTH TX 76102-5343

OWNER(S) NAME AND ADDRESS
GOLDCOAST FINANCIAL LLC
341 DARTMOOR AVE.
ROMEOVILLE IL 60446

FIRST LIENHOLDER NAME AND ADDRESS
EQUIFY FINANCIAL LLC
777 MAIN ST STE 3900
FORT WORTH TX 76102-5343

SECOND LIENHOLDER NAME AND ADDRESS

### RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

_____ By_____ _____ Date_____
Firm Name                    Signature of Authorized Agent
_____ By_____ _____ Date_____
Firm Name                    Signature of Authorized Agent

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.
Secured Party:                                          Address:

▶ **Federal and State law** requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
   **WARNING-ODOMETER DISCREPANCY.**

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

NO TENTHS

▶ _____ ODOMETER READING
Signature(s) of Seller(s)_____

Printed Name(s) of Seller(s)_____ DATE OF SALE_____
I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s)_____ Printed Name_____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF
CONTROL NO.      THE STATE OF ILLINOIS AT SPRINGFIELD

U1585078

*Jesse White*

JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

---

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**

SEE INSTRUCTIONS ON REVERSE

| CIMC | 2023 | 527SR5324PL030015 | Date |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number | |

Name of Seller (Current Registered Owner) _____ Name of Buyer _____

Complete Address of Seller _____ Complete Address of Buyer _____

City _____ State ____ ZIP ____    City _____ State ____ ZIP ____

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

Seller's Signature _____ Printed Name of Seller _____ Date _____

## STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 527SR5326PL030016 | 2023 | CIMC | COOL GLOBE R8000 | TRAILER | 22265690569 |

527SR5326PL030016

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 09/22/22 | | | | 08/10/22 NEW | ORIGINAL |

MAILING ADDRESS

LEGEND(S)
MILEAGE NOT REQUIRED

EQUIFY FINANCIAL LLC
777 MAIN ST STE 3900
FORT WORTH TX 76102-5343

OWNER(S) NAME AND ADDRESS
GOLDCOAST FINANCIAL LLC
341 DARTMOOR AVE.
ROMEOVILLE IL 60446

FIRST LIENHOLDER NAME AND ADDRESS
EQUIFY FINANCIAL LLC
777 MAIN ST STE 3900
FORT WORTH TX 76102-5343

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.

Secured Party: _____ Address: _____

▶ **Federal and State law** requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
**WARNING-ODOMETER DISCREPANCY.**

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

▶ ODOMETER READING
Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____ DATE OF SALE _____
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s) _____ Printed Name _____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF

CONTROL NO. THE STATE OF ILLINOIS AT SPRINGFIELD

U1585079

*Jesse White*

JESSE WHITE, Secretary of State

## DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

---

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**

SEE INSTRUCTIONS ON REVERSE

| CIMC | 2023 | 527SR5326PL030016 | |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |

Name of Seller (Current Registered Owner) _____ Name of Buyer _____

Complete Address of Seller _____ Complete Address of Buyer _____

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

Seller's Signature _____ Printed Name of Seller _____ Date _____

STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. 527SR5328PL030017 | YEAR 2023 | MAKE CIMC | MODEL COOL GLOBE R8000 | BODY STYLE TRAILER | TITLE NO. 22265690596 |
|---|---|---|---|---|---|

**527SR5328PL030017**

| DATE ISSUED 09/22/22 | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED 08/10/22 NEW | TYPE TITLE ORIGINAL |
|---|---|---|---|---|---|

LEGEND(S)
MILEAGE NOT REQUIRED

MAILING ADDRESS

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

OWNER(S) NAME AND ADDRESS

GOLDCOAST FINANCIAL LLC
341 DARTMOOR AVE.
ROMEOVILLE IL 60446

FIRST LIENHOLDER NAME AND ADDRESS

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

SECOND LIENHOLDER NAME AND ADDRESS

**RELEASE OF LIEN**
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Firm Name | By | Signature of Authorized Agent | Date |
|---|---|---|---|
| Firm Name | By | Signature of Authorized Agent | Date |

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.

Secured Party: _____  Address: _____

▶ **Federal and State law** requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS
ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
**WARNING-ODOMETER DISCREPANCY.**

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

▶ Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____  DATE OF SALE _____

I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s) _____  Printed Name _____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF CONTROL NO. THE STATE OF ILLINOIS AT SPRINGFIELD

**U1585080**

*Jesse White*

JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

---

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**

SEE INSTRUCTIONS ON REVERSE

| CIMC Vehicle Make | 2023 Vehicle Year | 527SR5328PL030017 Vehicle Identification Number (VIN) | Date |
|---|---|---|---|

Name of Seller (Current Registered Owner) _____  Name of Buyer _____

Complete Address of Seller _____  Complete Address of Buyer _____

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

Seller's Signature _____  Printed Name of Seller _____  Date _____

# STATE OF ILLINOIS

## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 527SR532XPL030018 | 2023 | CIMC | COOL GLOBE R8000 | TRAILER | 22265690606 |

527SR532XPL030018

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 09/22/22 | | | | 08/10/22 NEW | ORIGINAL |

LEGEND(S)
MILEAGE NOT REQUIRED

MAILING ADDRESS

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

OWNER(S) NAME AND ADDRESS

GOLDCOAST FINANCIAL LLC
341 DARTMOOR AVE.
ROMEOVILLE IL  60446

FIRST LIENHOLDER NAME AND ADDRESS

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

SECOND LIENHOLDER NAME AND ADDRESS

### RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

_____ By _____ Date _____
Firm Name                                                    Signature of Authorized Agent

_____ By _____ Date _____
Firm Name                                                    Signature of Authorized Agent

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.

Secured Party: _____  Address: _____

▶ **Federal and State law** requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
   **WARNING-ODOMETER DISCREPANCY.**

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

NO TENTHS

▶ _____ ODOMETER READING
Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____  DATE OF SALE _____
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s) _____  Printed Name _____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U1585081

*Jesse White*

JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

---

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**

SEE INSTRUCTIONS ON REVERSE

| CIMC | 2023 | 527SR532XPL030018 | |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |

Name of Seller (Current Registered Owner) _____  Name of Buyer _____

Complete Address of Seller _____  Complete Address of Buyer _____

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

Seller's Signature _____  Printed Name of Seller _____  Date _____

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 527SR5321PL030019 | 2023 | CIMC | COOL GLOBE R8000 | TRAILER | 22265690618 |

527SR5321PL030019

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 09/22/22 | | | | 08/10/22 NEW | ORIGINAL |

MAILING ADDRESS

LEGEND(S)
MILEAGE NOT REQUIRED

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

OWNER(S) NAME AND ADDRESS
GOLDCOAST FINANCIAL LLC
341 DARTMOOR AVE.
ROMEOVILLE IL  60446



FIRST LIENHOLDER NAME AND ADDRESS
EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Firm Name | By | Signature of Authorized Agent | Date |
|---|---|---|---|
| Firm Name | By | Signature of Authorized Agent | Date |

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.
Secured Party:                                    Address:

▶  **Federal and State law** requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF TITLE**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY.

NO TENTHS

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

▶  ODOMETER READING
Signature(s) of Seller(s)

Printed Name(s) of Seller(s)                                    DATE OF SALE
I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s)                          Printed Name



I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any.
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U1585082



*Jesse White*

JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

---

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**

MUST BE COMPLETED BY SELLER                                    SEE INSTRUCTIONS ON REVERSE



| CIMC | 2023 | 527SR5321PL030019 | Date |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |

Name of Seller (Current Registered Owner)                          Name of Buyer

Complete Address of Seller                          Complete Address of Buyer

City                    State          ZIP          City                    State          ZIP

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

Seller's Signature                          Printed Name of Seller                          Date

# STATE OF ILLINOIS

## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 527SR5328PL030020 | 2023 | CIMC | COOL GLOBE R8000 | TRAILER | 22265690647 |

527SR5328PL030020

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 09/22/22 | | | | 08/10/22 NEW | ORIGINAL |

MAILING ADDRESS

LEGEND(S)
MILEAGE NOT REQUIRED

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

OWNER(S) NAME AND ADDRESS
GOLDCOAST FINANCIAL LLC
341 DARTMOOR AVE.
ROMEOVILLE IL 60446

FIRST LIENHOLDER NAME AND ADDRESS
EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

SECOND LIENHOLDER NAME AND ADDRESS

### RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Firm Name | By | Signature of Authorized Agent | Date |
|---|---|---|---|
| Firm Name | By | Signature of Authorized Agent | Date |

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.
Secured Party: _____ Address: _____

► **Federal and State law** requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
**WARNING-ODOMETER DISCREPANCY.**

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

► ODOMETER READING
Signature(s) of Seller(s) _____
Printed Name(s) of Seller(s) _____
I am aware of the above odometer certification made by seller.
DATE OF SALE _____
Signature(s) of Buyer(s) _____ Printed Name _____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF CONTROL NO. THE STATE OF ILLINOIS AT SPRINGFIELD

U1585083

*Jesse White*
JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

---

DO NOT DETACH UNTIL SOLD
MUST BE COMPLETED BY SELLER    **NOTICE OF SALE**    SEE INSTRUCTIONS ON REVERSE

| CIMC | 2023 | 527SR5328PL030020 | |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |

| Name of Seller (Current Registered Owner) | Name of Buyer |
|---|---|

| Complete Address of Seller | Complete Address of Buyer |
|---|---|

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | Printed Name of Seller | Date |
|---|---|---|

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 527SR532XPL030021 | 2023 | CIMC | COOL GLOBE R8000 | TRAILER | 22265690654 |

527SR532XPL030021

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 09/22/22 | | | | 08/10/22 NEW | ORIGINAL |

MAILING ADDRESS

LEGEND(S)
MILEAGE NOT REQUIRED

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

OWNER(S) NAME AND ADDRESS

GOLDCOAST FINANCIAL LLC
341 DARTMOOR AVE.
ROMEOVILLE IL  60446

FIRST LIENHOLDER NAME AND ADDRESS

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

SECOND LIENHOLDER NAME AND ADDRESS

### RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

_____  By _____  Date _____
Firm Name                   Signature of Authorized Agent

_____  By _____  Date _____
Firm Name                   Signature of Authorized Agent

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.
Secured Party: _____  Address: _____

► **Federal and State law** requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
 WARNING-ODOMETER DISCREPANCY.

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

[ NO TENTHS ]
ODOMETER READING
Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____  DATE OF SALE _____
I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s) _____  Printed Name _____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U1585084

*Jesse White*
JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS**

---

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**

SEE INSTRUCTIONS ON REVERSE



| CIMC | 2023 | 527SR532XPL030021 | |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |

Name of Seller (Current Registered Owner) _____  Name of Buyer _____

Complete Address of Seller _____  Complete Address of Buyer _____

City _____ State _____ ZIP _____  City _____ State _____ ZIP _____

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

Seller's Signature _____  Printed Name of Seller _____  Date _____

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 527SR5321PL030022 | 2023 | CIMC | COOL GLOBE R8000 | TRAILER | 22265690658 |

527SR5321PL030022

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 09/22/22 | | | | 08/10/22 NEW | ORIGINAL |

MAILING ADDRESS

LEGEND(S)
MILEAGE NOT REQUIRED

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

OWNER(S) NAME AND ADDRESS

GOLDCOAST FINANCIAL LLC
341 DARTMOOR AVE.
ROMEOVILLE IL 60446

FIRST LIENHOLDER NAME AND ADDRESS

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Firm Name | By | Signature of Authorized Agent | Date |
|---|---|---|---|
| Firm Name | By | Signature of Authorized Agent | Date |

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.

Secured Party:                                    Address:

► **Federal and State law** requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
**WARNING-ODOMETER DISCREPANCY.**

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

| NO TENTHS |
|---|

► _____ ODOMETER READING
Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____   DATE OF SALE _____
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s) _____  Printed Name _____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U1585085



*Jesse White*

JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

---

DO NOT DETACH UNTIL SOLD

MUST BE COMPLETED BY SELLER          **NOTICE OF SALE**          SEE INSTRUCTIONS ON REVERSE



| Vehicle Make | Vehicle Year | Vehicle Identification Number/VIN | Date |
|---|---|---|---|
| CIMC | 2023 | 527SR5321PL030022 | |

| Name of Seller (Current Registered Owner) | Name of Buyer |
|---|---|

| Complete Address of Seller | Complete Address of Buyer |
|---|---|

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | Printed Name of Seller | Date |
|---|---|---|

STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 527SR5323PL030023 | 2023 | CIMC | COOL GLOBE R8000 | TRAILER | 22265690676 |

527SR5323PL030023

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 09/22/22 | | | | 08/10/22 NEW | ORIGINAL |

MAILING ADDRESS

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

LEGEND(S)
MILEAGE NOT REQUIRED

OWNER(S) NAME AND ADDRESS

GOLDCOAST FINANCIAL LLC
341 DARTMOOR AVE.
ROMEOVILLE IL  60446

FIRST LIENHOLDER NAME AND ADDRESS

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Firm Name | By | | Date |
| | | Signature of Authorized Agent | |
| Firm Name | By | | Date |
| | | Signature of Authorized Agent | |

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.

Secured Party: _____ Address: _____

▶ **Federal and State law** requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY.

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

▶ _____ ODOMETER READING
Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____ DATE OF SALE _____
I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s) _____ Printed Name _____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF. I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF CONTROL NO. THE STATE OF ILLINOIS AT SPRINGFIELD

U1585086

*Jesse White*

JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

---

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**

SEE INSTRUCTIONS ON REVERSE

| CIMC | 2023 | 527SR5323PL030023 | |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |

| Name of Seller (Current Registered Owner) | Name of Buyer |
|---|---|

| Complete Address of Seller | Complete Address of Buyer |
|---|---|

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | Printed Name of Seller | Date |
|---|---|---|

STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 527SR5325PL030024 | 2023 | CIMC | COOL GLOBE R8000 | TRAILER | 22265690692 |

527SR5325PL030024

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 09/22/22 | | | | 08/10/22 NEW | ORIGINAL |

MAILING ADDRESS

LEGEND(S)
MILEAGE NOT REQUIRED

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

OWNER(S) NAME AND ADDRESS

GOLDCOAST FINANCIAL LLC
341 DARTMOOR AVE.
ROMEOVILLE IL  60446

FIRST LIENHOLDER NAME AND ADDRESS

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Firm Name | By | Signature of Authorized Agent | Date |
|---|---|---|---|
| Firm Name | By | Signature of Authorized Agent | Date |

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.

Secured Party: _____  Address: _____

▶ **Federal and State law** requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
**WARNING-ODOMETER DISCREPANCY.**

NO TENTHS

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

▶ ODOMETER READING
Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____   DATE OF SALE _____
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s) _____   Printed Name _____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF CONTROL NO.         THE STATE OF ILLINOIS AT SPRINGFIELD

U1585087

*Jesse White*

JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS**

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**

SEE INSTRUCTIONS ON REVERSE

| CIMC | 2023 | 527SR5325PL030024 | |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |

| Name of Seller (Current Registered Owner) | Name of Buyer |
|---|---|

| Complete Address of Seller | Complete Address of Buyer |
|---|---|

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | Printed Name of Seller | Date |
|---|---|---|

STATE OF ILLINOIS

## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 527SR5327PL030025 | 2023 | CIMC | COOL GLOBE R8000 | TRAILER | 22265690706 |

527SR5327PL030025

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 09/22/22 | | | | 08/10/22 NEW | ORIGINAL |

LEGEND(S)
MILEAGE NOT REQUIRED

MAILING ADDRESS

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

OWNER(S) NAME AND ADDRESS

GOLDCOAST FINANCIAL LLC
341 DARTMOOR AVE.
ROMEOVILLE IL 60446

FIRST LIENHOLDER NAME AND ADDRESS

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

SECOND LIENHOLDER NAME AND ADDRESS

### RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Firm Name | By _____ Signature of Authorized Agent | Date _____ |
|---|---|---|
| Firm Name | By _____ Signature of Authorized Agent | Date _____ |

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.
Secured Party: _____ Address: _____

► Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY.

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

► ODOMETER READING
Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____ DATE OF SALE _____
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s) _____ Printed Name _____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF
CONTROL NO.     THE STATE OF ILLINOIS AT SPRINGFIELD

U1585088

*Jesse White*

JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

DO NOT DETACH UNTIL SOLD

MUST BE COMPLETED BY SELLER          **NOTICE OF SALE**          SEE INSTRUCTIONS ON REVERSE

| CIMC | 2023 | 527SR5327PL030025 | Date |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | |

Name of Seller (Current Registered Owner) _____   Name of Buyer _____

Complete Address of Seller _____   Complete Address of Buyer _____

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

Seller's Signature _____   Printed Name of Seller _____   Date _____

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 527SR5329PL030026 | 2023 | CIMC | COOL GLOBE R8000 | TRAILER | 22265690721 |

**527SR5329PL030026**

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 09/22/22 | | | | 08/25/22 NEW | ORIGINAL |

MAILING ADDRESS

LEGEND(S)
MILEAGE NOT REQUIRED

EQUIFY FINANCIAL LLC
777 MAIN ST STE 3900
FORT WORTH TX 76102-5343

OWNER(S) NAME AND ADDRESS

GOLDCOAST FINANCIAL LLC
341 DARTMOOR AVE.
ROMEOVILLE IL 60446

FIRST LIENHOLDER NAME AND ADDRESS

EQUIFY FINANCIAL LLC
777 MAIN ST STE 3900
FORT WORTH TX 76102-5343

SECOND LIENHOLDER NAME AND ADDRESS

**RELEASE OF LIEN**
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Firm Name | By | Signature of Authorized Agent | Date |
|---|---|---|---|
| Firm Name | By | Signature of Authorized Agent | Date |

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.
Secured Party:        Address:

▶ **Federal and State law** requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF TITLE**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
    **WARNING-ODOMETER DISCREPANCY.**

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

NO TENTHS
ODOMETER READING
Signature(s) of Seller(s)

Printed Name(s) of Seller(s) _____ DATE OF SALE _____
I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s) _____ Printed Name _____

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U1585089

*Jesse White*
JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

---

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**

MUST BE COMPLETED BY SELLER      SEE INSTRUCTIONS ON REVERSE



| CIMC | 2023 | 527SR5329PL030026 | |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |

Name of Seller (Current Registered Owner)      Name of Buyer

Complete Address of Seller      Complete Address of Buyer

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

Seller's Signature      Printed Name of Seller      Date

STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 527SR5320PL030027 | 2023 | CIMC | COOL GLOBE R8000 | TRAILER | 22265690724 |

527SR5320PL030027

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 09/22/22 | | | | 08/10/22 NEW | ORIGINAL |

MAILING ADDRESS

LEGEND(S)
MILEAGE NOT REQUIRED

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

OWNER(S) NAME AND ADDRESS
GOLDCOAST FINANCIAL LLC
341 DARTMOOR AVE.
ROMEOVILLE  IL  60446

FIRST LIENHOLDER NAME AND ADDRESS
EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

_____ By _____ Date _____
Firm Name                      Signature of Authorized Agent

_____ By _____ Date _____
Firm Name                      Signature of Authorized Agent

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.
Secured Party: _____  Address: _____

► Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY.

NO TENTHS
ODOMETER READING

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____   DATE OF SALE _____
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s) _____   Printed Name _____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF CONTROL NO.          THE STATE OF ILLINOIS AT SPRINGFIELD

U1585090

*Jesse White*
JESSE WHITE, Secretary of State

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

---

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**

SEE INSTRUCTIONS ON REVERSE

CIMC _____ 2023 _____ 527SR5320PL030027 _____ Date _____
Vehicle Make           Vehicle Year           Vehicle Identification Number (VIN)

_____          _____
Name of Seller (Current Registered Owner)          Name of Buyer

_____          _____
Complete Address of Seller          Complete Address of Buyer

_____ State ___ ZIP ___     _____ State ___ ZIP ___
City                                City

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

_____          _____     Date _____
Seller's Signature                 Printed Name of Seller

## STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 527SR5322PL030028 | 2023 | CIMC | COOL GLOBE R8000 | TRAILER | 22265690767 |

527SR5322PL030028

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 09/22/22 | | | | 08/10/22 NEW | ORIGINAL |

MAILING ADDRESS

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

LEGEND(S)
MILEAGE NOT REQUIRED

OWNER(S) NAME AND ADDRESS
GOLDCOAST FINANCIAL LLC
341 DARTMOOR AVE.
ROMEOVILLE IL 60446

FIRST LIENHOLDER NAME AND ADDRESS
EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

_____ By _____ Date _____
Firm Name                    Signature of Authorized Agent

_____ By _____ Date _____
Firm Name                    Signature of Authorized Agent

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.
Secured Party:                                          Address:

▶ **Federal and State law** requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
   **WARNING-ODOMETER DISCREPANCY.**

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

▶ ODOMETER READING
Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____ DATE OF SALE _____
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s) _____ Printed Name _____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF CONTROL NO. THE STATE OF ILLINOIS AT SPRINGFIELD

U1585091

*Jesse White*

JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

---

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**

SEE INSTRUCTIONS ON REVERSE

| CIMC | 2023 | 527SR5322PL030028 | |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |

Name of Seller (Current Registered Owner) _____ Name of Buyer _____

Complete Address of Seller _____ Complete Address of Buyer _____

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

Seller's Signature _____ Printed Name of Seller _____ Date _____

## STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 527SR5320PL030030 | 2023 | CIMC | COOL GLOBE R8000 | TRAILER | 22265690773 |

527SR5320PL030030

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 09/22/22 | | | | 08/10/22 NEW | ORIGINAL |

MAILING ADDRESS

LEGEND(S)
MILEAGE NOT REQUIRED

EQUIFY FINANCIAL LLC
777 MAIN ST STE 3900
FORT WORTH TX 76102-5343

OWNER(S) NAME AND ADDRESS
GOLDCOAST FINANCIAL LLC
341 DARTMOOR AVE.
ROMEOVILLE IL 60446

FIRST LIENHOLDER NAME AND ADDRESS
EQUIFY FINANCIAL LLC
777 MAIN ST STE 3900
FORT WORTH TX 76102-5343

SECOND LIENHOLDER NAME AND ADDRESS

### RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.
Secured Party: _____ Address: _____

▶ **Federal and State law** requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY.

NO TENTHS

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

ODOMETER READING
Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____ DATE OF SALE _____
I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s) _____ Printed Name _____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF
CONTROL NO.      THE STATE OF ILLINOIS AT SPRINGFIELD

U1585093

*Jesse White*

JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

---

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**

SEE INSTRUCTIONS ON REVERSE

| CIMC | 2023 | 527SR5320PL030030 | Date |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | |

Name of Seller (Current Registered Owner) _____ Name of Buyer _____

Complete Address of Seller _____ Complete Address of Buyer _____

City _____ State ___ ZIP ___ City _____ State ___ ZIP ___

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

Seller's Signature _____ Printed Name of Seller _____ Date _____

# STATE OF ILLINOIS

## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 527SR5322PL030031 | 2023 | CIMC | COOL GLOBE R8000 | TRAILER | 22265690775 |

527SR5322PL030031

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 09/22/22 | | | | 08/10/22 NEW | ORIGINAL |

LEGEND(S)
MILEAGE NOT REQUIRED

MAILING ADDRESS

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

OWNER(S) NAME AND ADDRESS
GOLDCOAST FINANCIAL LLC
341 DARTMOOR AVE.
ROMEOVILLE IL 60446

FIRST LIENHOLDER NAME AND ADDRESS
EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

SECOND LIENHOLDER NAME AND ADDRESS

### RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.
Secured Party: _____ Address: _____

► **Federal and State law** requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
**WARNING-ODOMETER DISCREPANCY.**

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

► Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____ DATE OF SALE _____
I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s) _____ Printed Name _____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF
CONTROL NO.       THE STATE OF ILLINOIS AT SPRINGFIELD

U1585094

*Jesse White*

JESSE WHITE, Secretary of State

## DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**

SEE INSTRUCTIONS ON REVERSE

| CIMC | 2023 | 527SR5322PL030031 | |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |

Name of Seller (Current Registered Owner) _____     Name of Buyer _____

Complete Address of Seller _____     Complete Address of Buyer _____

City _____ State _____ ZIP _____     City _____ State _____ ZIP _____

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

Seller's Signature _____     Printed Name of Seller _____     Date _____

# STATE OF ILLINOIS

## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO.<br>527SR5324PL030032 | YEAR<br>2023 | MAKE<br>CIMC | MODEL<br>COOL GLOBE R8000 | BODY STYLE<br>TRAILER | TITLE NO.<br>22265690776 |
|---|---|---|---|---|---|

527SR5324PL030032

| DATE ISSUED<br>09/22/22 | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED<br>08/10/22<br>NEW | TYPE TITLE<br>ORIGINAL |
|---|---|---|---|---|---|

MAILING ADDRESS

EQUIFY FINANCIAL LLC
777 MAIN ST STE 3900
FORT WORTH TX 76102-5343

LEGEND(S)
MILEAGE NOT REQUIRED

OWNER(S) NAME AND ADDRESS

GOLDCOAST FINANCIAL LLC
341 DARTMOOR AVE.
ROMEOVILLE IL 60446

FIRST LIENHOLDER NAME AND ADDRESS

EQUIFY FINANCIAL LLC
777 MAIN ST STE 3900
FORT WORTH TX 76102-5343

SECOND LIENHOLDER NAME AND ADDRESS

### RELEASE OF LIEN

The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

_____ By _____ Date _____
Firm Name                Signature of Authorized Agent

_____ By _____ Date _____
Firm Name                Signature of Authorized Agent

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.
Secured Party: _____  Address: _____

▶ **Federal and State law** requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING-ODOMETER DISCREPANCY.

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

NO TENTHS

▶ ODOMETER READING
Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____  DATE OF SALE _____
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s) _____  Printed Name _____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any. IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF CONTROL NO. THE STATE OF ILLINOIS AT SPRINGFIELD



U1585095



*Jesse White*

JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

---

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**

SEE INSTRUCTIONS ON REVERSE



| CIMC | 2023 | 527SR5324PL030032 | |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |

Name of Seller (Current Registered Owner) _____   Name of Buyer _____

Complete Address of Seller _____   Complete Address of Buyer _____

City _____ State ____ ZIP ____   City _____ State ____ ZIP ____

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

Seller's Signature _____   Printed Name of Seller _____   Date ____

## STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 527SR5326PL030033 | 2023 | CIMC | COOL GLOBE R8000 | TRAILER | 22265690777 |

527SR5326PL030033

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 09/22/22 | | | | 08/10/22 NEW | ORIGINAL |

MAILING ADDRESS

LEGEND(S)
MILEAGE NOT REQUIRED

EQUIFY FINANCIAL LLC
777 MAIN ST STE 3900
FORT WORTH TX 76102-5343

OWNER(S) NAME AND ADDRESS

GOLDCOAST FINANCIAL LLC
341 DARTMOOR AVE.
ROMEOVILLE IL 60446

FIRST LIENHOLDER NAME AND ADDRESS

EQUIFY FINANCIAL LLC
777 MAIN ST STE 3900
FORT WORTH TX 76102-5343

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Firm Name | By | Signature of Authorized Agent | Date |
|---|---|---|---|
| Firm Name | By | Signature of Authorized Agent | Date |

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.

Secured Party: _____ Address: _____

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
   WARNING-ODOMETER DISCREPANCY.

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

NO TENTHS

ODOMETER READING
Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____     DATE OF SALE _____
I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s) _____     Printed Name _____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

U1585096

*Jesse White*

JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

---

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**

SEE INSTRUCTIONS ON REVERSE

| CIMC | 2023 | 527SR5326PL030033 | |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |

| | |
|---|---|
| Name of Seller (Current Registered Owner) | Name of Buyer |
| Complete Address of Seller | Complete Address of Buyer |

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | Printed Name of Seller | Date |
|---|---|---|

**STATE OF ILLINOIS**

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 527SR5328PL030034 | 2023 | CIMC | COOL GLOBE R8000 | TRAILER | 22265690778 |

527SR5328PL030034

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 09/22/22 | | | | 08/10/22 NEW | ORIGINAL |

LEGEND(S)
MILEAGE NOT REQUIRED

MAILING ADDRESS

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

OWNER(S) NAME AND ADDRESS

GOLDCOAST FINANCIAL LLC
341 DARTMOOR AVE.
ROMEOVILLE IL 60446

FIRST LIENHOLDER NAME AND ADDRESS

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Firm Name | By | Signature of Authorized Agent | Date |
|---|---|---|---|
| Firm Name | By | Signature of Authorized Agent | Date |

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.
Secured Party: _____ Address: _____

▶ **Federal and State law** requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
**WARNING-ODOMETER DISCREPANCY.**

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

NO TENTHS

▶ ODOMETER READING
Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____   DATE OF SALE _____
I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s) _____   Printed Name _____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF
CONTROL NO.   THE STATE OF ILLINOIS AT SPRINGFIELD

U1585097

*Jesse White*

JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

---

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**

SEE INSTRUCTIONS ON REVERSE

| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |
|---|---|---|---|
| CIMC | 2023 | 527SR5328PL030034 | |

Name of Seller (Current Registered Owner) _____   Name of Buyer _____

Complete Address of Seller _____   Complete Address of Buyer _____

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

Seller's Signature _____   Printed Name of Seller _____   Date _____

# STATE OF ILLINOIS

## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. 527SR532XPL030035 | YEAR 2023 | MAKE CIMC | MODEL COOL GLOBE R8000 | BODY STYLE TRAILER | TITLE NO. 22265690779 |
|---|---|---|---|---|---|

527SR532XPL030035

| DATE ISSUED 09/22/22 | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED 08/10/22 NEW | TYPE TITLE ORIGINAL |
|---|---|---|---|---|---|

MAILING ADDRESS

LEGEND(S)
MILEAGE NOT REQUIRED

EQUIFY FINANCIAL LLC
777 MAIN ST STE 3900
FORT WORTH TX 76102-5343

OWNER(S) NAME AND ADDRESS

GOLDCOAST FINANCIAL LLC
341 DARTMOOR AVE.
ROMEOVILLE IL 60446

FIRST LIENHOLDER NAME AND ADDRESS

EQUIFY FINANCIAL LLC
777 MAIN ST STE 3900
FORT WORTH TX 76102-5343

SECOND LIENHOLDER NAME AND ADDRESS

### RELEASE OF LIEN

The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

| Firm Name _____ | By _____ Signature of Authorized Agent | Date _____ |
|---|---|---|
| Firm Name _____ | By _____ Signature of Authorized Agent | Date _____ |

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.

Secured Party: _____ Address: _____

▶ **Federal and State law** requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
  **WARNING-ODOMETER DISCREPANCY.**

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

NO TENTHS

▶ ODOMETER READING

Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____ DATE OF SALE _____

I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s) _____ Printed Name _____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF
CONTROL NO.    THE STATE OF ILLINOIS AT SPRINGFIELD

U1585098

*Jesse White*
JESSE WHITE, Secretary of State

## DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**

SEE INSTRUCTIONS ON REVERSE

| CIMC | 2023 | 527SR532XPL030035 | Date |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | |

| Name of Seller (Current Registered Owner) | Name of Buyer |
|---|---|

| Complete Address of Seller | Complete Address of Buyer |
|---|---|

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

| Seller's Signature | Printed Name of Seller | Date |
|---|---|---|

## STATE OF ILLINOIS

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 527SR5321PL030036 | 2023 | CIMC | COOL GLOBE R8000 | TRAILER | 22265690782 |

**527SR5321PL030036**

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 09/22/22 | | | | 08/10/22 NEW | ORIGINAL |

LEGEND(S)
MILEAGE NOT REQUIRED

MAILING ADDRESS

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

OWNER(S) NAME AND ADDRESS

GOLDCOAST FINANCIAL LLC
341 DARTMOOR AVE.
ROMEOVILLE IL  60446



FIRST LIENHOLDER NAME AND ADDRESS

EQUIFY FINANCIAL  LLC
777 MAIN ST STE 3900
FORT WORTH  TX  76102-5343

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

_____  By _____  Date _____
Firm Name                    Signature of Authorized Agent

_____  By _____  Date _____
Firm Name                    Signature of Authorized Agent

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.
Secured Party: _____  Address: _____

▶ **Federal and State law** requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
   **WARNING-ODOMETER DISCREPANCY.**

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

| NO | TENTHS |

▶ _____ ODOMETER READING
Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____  DATE OF SALE _____
I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s) _____  Printed Name _____

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF
CONTROL NO.    THE STATE OF ILLINOIS AT SPRINGFIELD

U1585099

*Jesse White*

JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

---

MUST BE COMPLETED BY SELLER

DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE**

SEE INSTRUCTIONS ON REVERSE



| CIMC | 2023 | 527SR5321PL030036 | Date |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | |

Name of Seller (Current Registered Owner) _____    Name of Buyer _____

Complete Address of Seller _____    Complete Address of Buyer _____

City _____ State ____ ZIP ____    City _____ State ____ ZIP ____

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

Seller's Signature _____    Printed Name of Seller _____    Date _____