**Exhibit "E"**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**Lien Solutions**
Representation of filing

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
| --- |
| Name: Wolters Kluwer Lien Solutions Phone: 800-331-3282 Fax: 818-662-4141 |

**This filing is Completed**
File Number : 28773315
File Date   : 11-Aug-2022

| B. E-MAIL CONTACT AT FILER (optional) |
| --- |
| uccfilingreturn@wolterskluwer.com |

C. SEND ACKNOWLEDGMENT TO: (Name and Address)   24999 - EQUIFY

Lien Solutions         88153586
P.O. Box 29071
Glendale, CA  91209-9071     ILIL

File with: Secretary of State, IL

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| Goldcoast Financial LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 1425 Madeline Lane, Suite 100 | Elgin | IL / 60124 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| Equify Financial, LLC | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 777 Main Street, Suite 3900 | Fort Worth | TX / 76102 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
This FINANCING STATEMENT covers the following collateral:

See "Schedule A" ATTACHED Hereto

including all attachments, accessions and accessories to, and all proceeds of, all of the foregoing, including without limitation all insurance proceeds and all rental proceeds, accounts and chattel paper arising out of or related to the sale, lease, rental or other disposition thereof.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
| --- | --- |
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien  ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
88153586          24999                                                13741

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Prepared by Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

**SCHEDULE "A"**

| QTY | MAKE | MODEL | DESCRIPTION OF COLLATERAL | SERIAL NUMBER |
|---|---|---|---|---|
| 1 | CIMCR | Cool Globe R8000 | 53' Reefer Trailer with a 2022 Thermo King Precedent S-600 Refrigeration Unit S/N 6001357186 | 527SR5329PL030012 |
| 1 | CIMCR | Cool Globe R8001 | 53' Reefer Trailer with a 2022 Thermo King Precedent S-600 Refrigeration Unit S/N 6001357187 | 527SR5320PL030013 |
| 1 | CIMCR | Cool Globe R8002 | 53' Reefer Trailer with a 2022 Thermo King Precedent S-600 Refrigeration Unit S/N 6001357188 | 527SR5322PL030014 |
| 1 | CIMCR | Cool Globe R8003 | 53' Reefer Trailer with a 2022 Thermo King Precedent S-600 Refrigeration Unit S/N 6001357189 | 527SR5324PL030015 |
| 1 | CIMCR | Cool Globe R8004 | 53' Reefer Trailer with a 2022 Thermo King Precedent S-600 Refrigeration Unit S/N 6001357190 | 527SR5326PL030016 |
| 1 | CIMCR | Cool Globe R8005 | 53' Reefer Trailer with a 2022 Thermo King Precedent S-600 Refrigeration Unit S/N 6001357192 | 527SR5328PL030017 |
| 1 | CIMCR | Cool Globe R8006 | 53' Reefer Trailer with a 2022 Thermo King Precedent S-600 Refrigeration Unit S/N 6001357191 | 527SR532XPL030018 |
| 1 | CIMCR | Cool Globe R8007 | 53' Reefer Trailer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001363108 | 527SR5321PL030019 |
| 1 | CIMCR | Cool Globe R8008 | 53' Reefer Trailer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001363084 | 527SR5328PL030020 |
| 1 | CIMCR | Cool Globe R8009 | 53' Reefer Trailer with a Thermo King Precedent S-600 Refrigeration Unit S/N6001363095 | 527SR532XPL030021 |
| 1 | CIMCR | Cool Globe R8010 | 53' Reefer Trailer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001363097 | 527SR5321PL030022 |
| 1 | CIMCR | Cool Globe R8011 | 53' Reefer Trailer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001363098 | 527SR5323PL030023 |
| 1 | CIMCR | Cool Globe R8012 | 53' Reefer Trailer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001363100 | 527SR5325PL030024 |
| 1 | CIMCR | Cool Globe R8013 | 53' Reefer Trailer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001363099 | 527SR5327PL030025 |
| 1 | CIMCR | Cool Globe R8014 | 53' Reefer Trailer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001363102 | 527SR5329PL030026 |
| 1 | CIMCR | Cool Globe R8015 | 53' Reefer Trailer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001363103 | 527SR5320PL030027 |
| 1 | CIMCR | Cool Globe R8016 | 53' Reefer Trailer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001363104 | 527SR5322PL030028 |
| 1 | CIMCR | Cool Globe R8017 | 53' Reefer Trailer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001373795 | 527SR5324PL030029 |
| 1 | CIMCR | Cool Globe R8018 | 53' Reefer Trailer with a Thermo King Precedent S-600 Refrigeration Unit S/N | 527SR5320PL030030 |

| | | | | |
|---|---|---|---|---|
| | | | 6001363107 | |
| 1 | CIMCR | Cool Globe R8019 | 53' Reefer Trailer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001365819 | 527SR5322PL030031 |
| 1 | CIMCR | Cool Globe R8020 | 53' Reefer Trailer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001356004 | 527SR5324PL030032 |
| 1 | CIMCR | Cool Globe R8021 | 53' Reefer Trailer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001357748 | 527SR5326PL030033 |
| 1 | CIMCR | Cool Globe R8022 | 53' Reefer Trailer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001360878 | 527SR5328PL030034 |
| 1 | CIMCR | Cool Globe R8023 | 53' Reefer Trailer with a Thermo King Precedent S-600 Refrigeration Unit S/N6001360879 | 527SR532XPL030035 |
| 1 | CIMCR | Cool Globe R8024 | 53' Reefer Trailer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001357750 | 527SR5321PL030036 |