Exhibit "F"

**Payoff** | General | Historical Quotes

Contract: 13741   Customer ID: 2363   Goodcoast Financial LLC

☐ **Assume Perfect Pay of Scheduled Payments**

| | | |
|---|---|---|
| Payoff Date: | 3/31/2025 | |
| Good Thru Date: | 3/31/2025 | |
| UnPaid: | Principal | $2,158,811.46 |
| | Interest | $81,755.51 |
| Interest Per Diem: | ▮ | |
| Penalty: Default | (none) | 0.00 |
| 0.00% | | 0.00 |
| UnApplied Cash: Customer | | 0.00 |
| Contract | | 0.00 |
| Security Deposit Remaining: | | 0.00 |

Other:

| | 0.00 |
|---|---|
| | 0.00 |
| Late Fees: | 8,982.75 |
| Other Due: | 0.00 |

Payoff Amount:  $2,249,549.72

| | |
|---|---|
| Loan Start Date: | 8/5/2022 |
| Loan Maturity Date: | 6/1/2028 |
| Original Amount Funded: | 2522218.75 |
| Loan Payments: Paid | 19 |
| Remaining | 42 |
| Unamortized Expenses: | 0 |
| Current Borrower Rate: | ▮ |

**OutStanding Invoices:**

| | |
|---|---|
| Loan Payments | 224,598.75 |
| Principal/Payoff | .00 |
| Late Fees | 8,982.75 |
| Other | .00 |
| | 233,581.50 |

Status:

User Initials: BV
Date:   03/31/2025
Time:   10:57:14 AM

Payoff Description:

Payoff Note: