| Form **LLC-1.50**<br>September 2013<br><br>**Secretary of State**<br>Department of Business Services<br>Limited Liability Division<br>501 S. Second St., Rm. 351<br>Springfield, IL 62756<br>217-524-8008<br>www.ilsos.gov | **Illinois Limited Liability Company Act**<br><br>**Affidavit of Compliance for<br>Service on Secretary of State**<br><br>▓SUBMIT IN DUPLICATE▓<br>Type or Print Clearly | FILE # 0904047|<br>This space for use by Secretary of State.<br><br>**FILED**<br><br>NOV 10 2025<br><br>**ALEXI GIANNOULIAS<br>SECRETARY OF STATE** |
|---|---|---|
| **Payment may be made by check payable to Secretary of State. If check is returned for any reason this filing will be void.** | This space for use by Secretary of State.<br><br>Filing Fee: $5<br>Approved: _JNb_ | |

1. Name of Limited Liability Company being served: _____
   Goldcoast Financial LLC .

2. Title of Case and Case Number:

   <u>EQUIFY FINANCIAL, LLC</u>    First Named Plaintiff ⎤
   v.                         ⎬ Number: <u>1:25-cv-07533</u>
   <u>GOLDCOAST FINANCIAL, LLC, et al.</u>  First Named Defendant ⎦

3. Title of Court in which an action, suit or proceeding has been commenced: <u>Northern District of Illinois</u>

4. Title of Instrument being served: <u>Alias Summons, Verified Complaint, Minute Entry 10/20/25 and Certs of Serv</u>

5. A Copy of the Process, Notice or Demand, together with any papers required by law to be delivered with service, are hereby attached.

6. Address to which the undersigned has caused a copy of the attached process, Notice or Demand to be sent by certified or registered mail: <u>341 Dartmoor Ave., Romeoville, IL 60446</u>

7. The Secretary of State is irrevocably appointed as an agent of a Limited Liability Company upon the following basis:
   a. ☑ The Limited Liability Company's registered agent cannot with reasonable diligence be found at the registered office in Illinois.
   b. ☐ The Limited Liability Company has failed to appoint and maintain a registered agent in Illinois.
   c. ☐ The Limited Liability Company was dissolved on _____; the conditions of paragraphs
      <span style="font-size:small">Month, Day, Year</span>
      a and b above exist; and the action, suitor preceding against or affecting the company has been instituted.
   d. ☐ The Limited Liability Company has been dissolved on _____; the conditions of a. or
      <span style="font-size:small">Month, Day, Year</span>
      b. above exist, and a criminal proceeding against or affecting the company has been instituted.
   e. ☐ The Limited Liability Company is a foreign limited liability company admitted to transact business in Illinois that has been revoked or withdrawn on _____.
      <span style="font-size:small">Month, Day, Year</span>

8. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   _Kenneth D. Peters_            October 31 _____, 2025 .
   <span style="font-size:small">Signature of Affiant</span>                 <span style="font-size:small">Month/Day</span>            <span style="font-size:small">Year</span>

   Kenneth D. Peters
   <span style="font-size:small">Name (print)</span>
   ( 312 ) 602 7360
   <span style="font-size:small">Telephone Number</span>

**RETURN TO: (Please type or print clearly.)**
Kenneth D. Peters
<span style="font-size:small">Name</span>
101 W Grand Ave. Ste. 404
<span style="font-size:small">Street</span>
Chicago, IL 60654
<span style="font-size:small">City, State, ZIP</span>

**TENDERED CHICAGO
CORP. DEPARTMENT**

OCT 31 2025

ACCEPTANCE AND "FILED" DATE
ESTABLISHED ONLY AFTER
REVIEW

Printed by authority of the State of Illinois. December 2017 — 1 — LLC 13.8