**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| EQUIFY FINANCIAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 1:25-cv-07533 |
| | ) | |
| v. | ) | |
| | ) | |
| GOLDCOAST FINANCIAL, LLC, DMG | ) | |
| CONSULTING & DEVELOPMENT, INC., | ) | |
| AND DRAGOS SPRINCEANA, | ) | |
| Defendants. | ) | |

**ORDER FOR DEFAULT JUDGMENT AND RETURN OF EQUIPMENT**

This matter coming before the Court on Plaintiff EQUIFY FINANCIAL, LLC's Motion for Default Judgment against Defendant GOLDCOAST FINANCIAL, LLC, Defendant DMG CONSULTING & DEVELOPMENT, INC., and Defendant DRAGOS SPRINCEANA, with due notice having been given, and the Court being fully advised in the premises,

It is HEREBY ORDERED and ADJUDGED that Plaintiff EQUIFY FINANCIAL, LLC's Motion for Default Judgment is Granted;

It is HEREBY ORDERED and ADJUDGED that Defendant GOLDCOAST FINANCIAL, LLC, Defendant DMG CONSULTING & DEVELOPMENT, INC., and Defendant DRAGOS SPRINCEANA, are in default for failure to file an appearance, answer, or otherwise respond to Plaintiff EQUIFY FINANCIAL, LLC's Complaint;

It is HEREBY ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff EQUIFY FINANCIAL, LLC and against Defendant GOLDCOAST FINANCIAL, LLC, Defendant DMG CONSULTING & DEVELOPMENT, INC., and Defendant DRAGOS SPRINCEANA, jointly and severally, in the amount of $2,478,219.84, consisting of the balance of $2,454,187.79, plus $18,318.50 in attorneys' fees and $5,713.55, in costs;

It is HEREBY FURTHER ORDERED AND ADJUDGED that Plaintiff EQUIFY

FINANCIAL, LLC is entitled to immediate possession of the following Outstanding Equipment:

| Equipment Description | VIN/Serial Number |
|---|---|
| (1) CIMCR Cool Globe R8004 53' Reefer Railer with a 2022 Thermo King Precedent S-600 Refrigeration Unit S/N 6001357190 | 527SR5326PL030016 |
| (1) CIMCR Cool Globe R8006 53' Reefer Railer with a 2022 Thermo King Precedent S-600 Refrigeration Unit S/N 6001357191 | 527SR532XPL030018 |
| (1) CIMCR Cool Globe R8008 53' Reefer Railer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001363084 | 527SR5328PL030020 |
| (1) CIMCR Cool Globe R8009 53' Reefer Railer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001363095 | 527SR532XPL030021 |
| (1) CIMCR Cool Globe R8010 53' Reefer Railer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001363097 | 527SR5321PL030022 |
| (1) CIMCR Cool Globe R8011 53' Reefer Railer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001363098 | 527SR5323PL030023 |
| (1) CIMCR Cool Globe R8013 53' Reefer Railer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001363099 | 527SR5327PL030025 |
| (1) CIMCR Cool Globe R8014 53' Reefer Railer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001363102 | 527SR5329PL030026 |
| (1) CIMCR Cool Globe R8015 53' Reefer Railer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001363103 | 527SR5320PL030027 |
| (1) CIMCR Cool Globe R8016 53' Reefer Railer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001363104 | 527SR5322PL030028 |
| (1) CIMCR Cool Globe R8018 53' Reefer Railer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001363107 | 527SR5320PL030030 |
| (1) CIMCR Cool Globe R8019 53' Reefer Railer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001365819 | 527SR5322PL030031 |
| (1) CIMCR Cool Globe R8023 53' Reefer Railer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001360879 | 527SR532XPL030035 |

| (1) CIMCR Cool Globe R8024 53' Reefer Railer with a Thermo King Precedent S-600 Refrigeration Unit S/N 6001357750 | 527SR5321PL030036 |
|---|---|

Defendants GOLDCOAST FINANCIAL, LLC, DMG CONSULTING & DEVELOPMENT, INC., and DRAGOS SPRINCEANA, jointly and severally, shall immediately surrender and turn over possession of the afore-referenced Outstanding Equipment to EQUIFY FINANCIAL, LLC and/or its authorized agent within five (5) days from the date of this Order.

To the extent that any Outstanding Equipment is not in control of Defendants GOLDCOAST FINANCIAL, LLC, DMG CONSULTING & DEVELOPMENT, INC., and/or DRAGOS SPRINCEANA, Defendants GOLDCOAST FINANCIAL, LLC, DMG CONSULTING & DEVELOPMENT, INC., and DRAGOS SPRINCEANA shall immediately advise EQUIFY FINANCIAL, LLC of the last known location(s) of the Outstanding Equipment, along with the last known contact information of person(s) with knowledge of the location of the Outstanding Equipment to enable EQUIFY FINANCIAL, LLC to recover the Outstanding Equipment.

DRAGOS SPRINCEANA shall assist EQUIFY FINANCIAL, LLC in locating and recovering the Outstanding Equipment. EQUIFY FINANCIAL, LLC may file a motion for contempt of court if DRAGOS SPRINCEANA does not reasonably assist EQUIFY FINANCIAL, LLC in locating and recovering the Outstanding Equipment.

Date: 2/26/2026

_____
Chief Judge Virginia M. Kendall
United States District Judge

Order prepared by:
Kenneth D. Peters (ARDC #6186034)
Dressler | Peters, LLC
101 W. Grand Avenue, Suite 404
Chicago, IL 60654
Phone: (312) 602-7360
Fax:    (312) 637-9378
Email(s): kpeters@dresslerpeters.com